**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | AM-Sedgwick LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-2300503 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2734 Sedgwick Avenue<br>Bronx, NY 10468 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Bronx | **Location of principal assets, if different from principal place of business** |
| County | 2734 Sedgwick Avenue Bronx, NY 10468 |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    _____

6.  **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    AM-Sedgwick LLC                                          Case number *(if known)* _____
            Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
     http://www.uscourts.gov/four-digit-national-association-naics-codes.

     _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor   See Attachment                                    Relationship _____
District _____ When _____ Case number, if known _____

Debtor    AM-Sedgwick LLC            Case number *(if known)* _____
      Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

.    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | AM-Sedgwick LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 14, 2025___
                MM / DD / YYYY

**X** /s/ David Goldwasser         15JJ9VVW-17VJZ3QP David Goldwasser
Signature of authorized representative of debtor          Printed name

Title ___Chief Restructuring Officer___

**18. Signature of attorney**

**X** /s/ Kevin Nash                    Date ___July 14, 2025___
Signature of attorney for debtor                          MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____        Email address ___knash@gwfglaw.com___

1927656 NY
Bar number and State

Debtor    AM-Sedgwick LLC
_____    Case number (*if known*) _____
                    Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION
_____

Case number (*if known*) _____    Chapter ___11___

☐ Check if this is an
    amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Etrog Properties LLC | Relationship to you | | Affiliate |
| District | Eastern District of New York (Central Islip) | When | | Case number, if known | |
| Debtor | Jerusalem Properties LLC | Relationship to you | | Affiliate |
| District | Eastern District of New York (Central Islip) | When | | Case number, if known | |
| Debtor | Lulav Properties LLC | Relationship to you | | Affiliate |
| District | Eastern District of New York (Central Islip) | When | | Case number, if known | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                Chapter 11

AM-Sedgwick LLC,                                          Case No.

                                        Debtor.
----------------------------------------------------------------x

**BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 7007.1, AM-Sedgwick LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated:    New York, New York
          July 14, 2025

                                          By:    box SIGN         15JJ9VVW-17VJZ3QY
                                                 David Goldwasser, CRO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

AM-Sedgwick LLC,                                               Case No.

                                Debtor.
------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

Arash Merabi            100%

Dated:    New York, New York
          July 14, 2025

                              AM-Sedgwick LLC

                              By:
                                   box SIGN        15JJ9VVW-17VJZ3QY
                                   David Goldwasser, CRO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                      Chapter 11

AM-Sedgwick LLC,                                            Case No.

                              Debtor.
----------------------------------------------------------------x

## LIST OF PENDING LAWSUITS

1.  Valley National Bank, Successor By Merger to Oritani Finance Company. v. Arash
    Merabi LLC, et al.
    Supreme Court, Bronx County
    Commercial Foreclosure
    Index No. 804695/2024E

    Plaintiff's Attorney:   Zeichner Ellman & Krause LLP
                            Steven S. Rand, Esq.
                            Kenny G. Oh, Esq.
                            Mark W. Schlussel, Esq.
                            730 Third Avenue
                            New York, New York 10017

    Status: Appeal Pending
    Appellate Division, 1st Department
    Index No. 2025-01162

2.  Yhoddy Lozano v. Jerusalem Properties et al.
    Supreme Court, Bronx County
    Negligence
    Index No. 810906/2024E

    Plaintiff's Attorney:   Adam Hill, Esq.
                            Ross & Hill, Esqs.
                            45 Broadway, Suite 1110
                            New York, New York 10006

3.  Jose Miguel Diaz-Arias v. Jerusalem Properties
    Supreme Court, Bronx County
    Personal Injury
    Index No. 812678/2023E

    Plaintiff's Attorney:   Brett R. Hupart
                            Krieger, Wilansky & Hupart, Esqs.
                            5602 Broadway
                            Bronx, New York 10463


Dated:   New York, New York
         July 14 2025

                              AM-Sedgwick LLC

                    By:
                              David Goldwasser, CRO

**Fill in this information to identify the case:**

Debtor name   AM-Sedgwick LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 14, 2025__     **X** /s/   David Goldwasser   box SIGN    15JJ9VVW-17VJZ3QY
                                         Signature of individual signing on behalf of debtor

                                 David Goldwasser
                                 Printed name

                                 Chief Restructuring Officer
                                 Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | AM-Sedgwick LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Demasco, Sena & Jahelka LLP c/o LaMonica Herbst & Maniscalco LLP 3305 Jerusalem Avenue, Suite 201 Attn: Joseph S. Maniscalco, Esq. Wantagh, NY 11793 | | | | | | $1,455.50 |
| Horizon Oil Corp. c/o Harry Block, Esq. 250 Park Avenue, Floor 7 New York, NY 10177 | | | | | | $41,535.83 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | For notice purposes | Contingent Unliquidated Disputed | | | | Unknown |
| Jose Miguel Diaz-Arias c/o Brett R. Hupart Krieger, Wilansky & Hupart, Esqs. 5602 Broadway Bronx, NY 10463 | | | Contingent Unliquidated Disputed | | | $0.00 |
| New York City Department of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY 10038 | | | | | | Unknown |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **AM-Sedgwick LLC**
_____                   Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| NYC Department of Buildings 280 Broadway New York, NY 10007-1868 | | | | | | $0.00 |
| NYC Housing Preservation and Development 100 Gold St New York, NY 10038 | | | | | | $0.00 |
| NYS Dept. of Taxation & Finance Bankruptcy Unit - TCD Building 8, Room 455 W.A. Harriman State Campus Albany, NY 12227 | | For notice purposes | Contingent Unliquidated Disputed | | | Unknown |
| U.S. Small Business Administration District Counsel, New York District Office Attention: District Counsel 26 Federal Plaza, Room 3100 New York, NY 10278 | | | Unliquidated | | | $114,200.00 |
| Valley National Bank 70 Speedwell Avenue Morristown, NJ 07960 | | 2734 Sedgwick AvenueBronx, New York 10468 Accrued rent receivables Miscellaneous appliances valued at $600/unit | Unliquidated | $4,440,218.31 | $3,683,391.95 | $756,826.36 |
| Yhoddy Lozano c/o Adam Hill, Esq. Ross & Hill, Esqs. 45 Broadway, Suite 1110 New York, NY 10006 | | | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    AM-Sedgwick LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $     1,218,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................   $     71,187.18

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $     1,289,187.18

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     4,440,218.31

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $     200,377.71

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$     157,191.33

4.   **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b        $     4,797,787.35

**Fill in this information to identify the case:**

Debtor name   AM-Sedgwick LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 59,007.18 | 0.00 =.... | $59,007.18 |
| | face amount | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

|  |
|---|
| $59,007.18 |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    AM-Sedgwick LLC
_____    Case number *(If known)* _____
          Name

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) | |
|---|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles | |
|---|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.    Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles | |
|---|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.    Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** <br>Miscellaneous appliances valued at $600/unit | Unknown | | $12,180.00 |

**51.    Total of Part 8.**

| | $12,180.00 |
|---|---|

Add lines 47 through 50.    Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 9: | Real property | |
|---|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.    Go to Part 10.
☒ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    AM-Sedgwick LLC                                Case number *(If known)* _____
          _____
          Name

| | | | | |
|---|---|---|---|---|
| apartment or office building, if available. | | | | |
| 55.1.   2734 Sedgwick Avenue Bronx, New York 10468 | Tenancy in Common (35%) | $0.00 | Based on 35% of 58 units at $60,000/unit | $1,218,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

|  |
|---|
| $1,218,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.    Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.    Go to Part 12.
☐ Yes Fill in the information below.

Debtor     <u>AM-Sedgwick LLC</u>                           Case number *(If known)* <u>                   </u>
         Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $59,007.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,180.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................................> | | $1,218,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $71,187.18 | + 91b. $1,218,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,289,187.18 |

**Fill in this information to identify the case:**

Debtor name    AM-Sedgwick LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Valley National Bank**

Creditor's Name

70 Speedwell Avenue
Morristown, NJ 07960

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2734 Sedgwick AvenueBronx, New York 10468;
Accrued rent receivables; Miscellaneous
appliances valued at $600/unit

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $4,440,218.31    Column B: $3,683,391.95

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,440,218.31

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| Zeichner Ellman & Krause LLP<br>730 Third Avenue<br>Attn: Mark W. Schlussel<br>New York, NY 10017 | Line _2.1_ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>AM-Sedgwick LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>For notice purposes |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>New York City Department of Finance<br>Office of Legal Affairs<br>375 Pearl Street, 30th Floor<br>New York, NY 10038 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,377.71 | Unknown |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** Priority creditor's name and mailing address<br>NYS Dept. of Taxation & Finance<br>Bankruptcy Unit - TCD<br>Building 8, Room 455<br>W.A. Harriman State Campus<br>Albany, NY 12227 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>For notice purposes |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    __AM-Sedgwick LLC_____    Case number (if known) _____
        Name

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

   **3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,455.50** |
|---|---|---|---|
| | Demasco, Sena & Jahelka LLP | | |
| | c/o LaMonica Herbst & Maniscalco LLP | | |
| | 3305 Jerusalem Avenue, Suite 201 | ☐ Contingent | |
| | Attn: Joseph S. Maniscalco, Esq. | ☐ Unliquidated | |
| | Wantagh, NY 11793 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,535.83** |
|---|---|---|---|
| | Horizon Oil Corp. | | |
| | c/o Harry Block, Esq. | | |
| | 250 Park Avenue, Floor 7 | ☐ Contingent | |
| | New York, NY 10177 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Jose Miguel Diaz-Arias | | |
| | c/o Brett R. Hupart | | |
| | Krieger, Wilansky & Hupart, Esqs. | ☒ Contingent | |
| | 5602 Broadway | ☒ Unliquidated | |
| | Bronx, NY 10463 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | NYC Department of Buildings | | |
| | 280 Broadway | ☐ Contingent | |
| | New York, NY 10007-1868 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | NYC Housing Preservation and Development | | |
| | 100 Gold St | ☐ Contingent | |
| | New York, NY 10038 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$114,200.00** |
|---|---|---|---|
| | U.S. Small Business Administration | | |
| | District Counsel, New York District Office | | |
| | Attention: District Counsel | ☐ Contingent | |
| | 26 Federal Plaza, Room 3100 | ☒ Unliquidated | |
| | New York, NY 10278 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  AM-Sedgwick LLC
_____    Case number (if known) _____
Name

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Yhoddy Lozano
c/o Adam Hill, Esq.
Ross & Hill, Esqs.
45 Broadway, Suite 1110
New York, NY 10006

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 200,377.71 |
| 5b. Total claims from Part 2 | 5b.  + | $ 157,191.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 357,569.04 |

**Fill in this information to identify the case:**

Debtor name ___AM-Sedgwick LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | Residential Leases |

**Fill in this information to identify the case:**

Debtor name    AM-Sedgwick LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP DIVISION

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Arash Merabi | 40 Pool Drive<br>Roslyn Heights, NY 11577 | Valley National Bank | ☒ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Jerusalem Properties LLC | 2734 Sedgwick Avenue<br>Bronx, NY 10468 | Valley National Bank | ☒ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Jerusalem Properties LLC | 2734 Sedgwick Avenue<br>Bronx, NY 10468 | Internal Revenue Service | ☐ D _____<br>☒ E/F   2.1<br>☐ G _____ |
| 2.4 | Jerusalem Properties LLC | 2734 Sedgwick Avenue<br>Bronx, NY 10468 | New York City Department of Finance | ☐ D _____<br>☒ E/F   2.2<br>☐ G _____ |
| 2.5 | Jerusalem Properties LLC | 2734 Sedgwick Avenue<br>Bronx, NY 10468 | NYS Dept. of Taxation & Finance | ☐ D _____<br>☒ E/F   2.3<br>☐ G _____ |
| 2.6 | Jerusalem Properties LLC | 2734 Sedgwick Avenue<br>Bronx, NY 10468 | NYC Department of Buildings | ☐ D _____<br>☒ E/F   3.4<br>☐ G _____ |

Debtor    AM-Sedgwick LLC _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | Jerusalem Properties LLC | 2734 Sedgwick Avenue<br>Bronx, NY 10468 | NYC Housing Preservation and Development | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.8 | Jerusalem Properties LLC | 2734 Sedgwick Avenue<br>Bronx, NY 10468 | Horizon Oil Corp. | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.9 | Joseph Yeganeh | 9 Brook Lane<br>Glen Head, NY 11545 | Valley National Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Kourosh Nasab | 6 Cow Lane<br>Great Neck, NY 11024 | Valley National Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Eastern District of New York, Central Islip Division

In re   AM-Sedgwick LLC                                           Case No.                 

                                                   Debtor(s)               Chapter        11

## VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    July 14, 2025                      /s/  David Goldwasser

                                                David Goldwasser/Chief Restructuring Officer
                                                Signer/Title

Date:    July 14, 2025                      /s/ Kevin Nash

                                                   Signature of Attorney
                                                   Kevin Nash
                                                   Goldberg Weprin Finkel Goldstein LLP
                                                   125 Park Ave
                                                   New York, NY 10017-5690
                                                   Fax:

Software Copyright (c) 1996-2025 Best Case, LLC  - www.bestcase.com                                      Best Case Bankruptcy

Arash Merabi
40 Pool Drive
Roslyn Heights, NY 11577


Demasco, Sena & Jahelka LLP
Attn: Joseph S. Maniscalco, Esq.
c/o LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793


Horizon Oil Corp.
c/o Harry Block, Esq.
250 Park Avenue, Floor 7
New York, NY 10177


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101


Jerusalem Properties LLC
2734 Sedgwick Avenue
Bronx, NY 10468


Jose Miguel Diaz-Arias
c/o Brett R. Hupart
Krieger, Wilansky & Hupart, Esqs. 5602 B
Bronx, NY 10463


Joseph Yeganeh
9 Brook Lane
Glen Head, NY 11545


Kourosh Nasab
6 Cow Lane
Great Neck, NY 11024


New York City Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038


NYC Department of Buildings
280 Broadway
New York, NY 10007-1868


NYC Housing Preservation and Development
100 Gold St
New York, NY 10038


NYS Dept. of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455 W.A. Harriman State
Albany, NY 12227


Residential Leases

U.S. Small Business Administration
Attention: District Counsel
District Counsel, New York District Offi
26 Federal Plaza, Room 3100
New York, NY 10278


Valley National Bank
70 Speedwell Avenue
Morristown, NJ 07960


Yhoddy Lozano
c/o Adam Hill, Esq. Ross & Hill, Esqs.
45 Broadway, Suite 1110
New York, NY 10006


Zeichner Ellman & Krause LLP
Attn: Mark W. Schlussel
730 Third Avenue
New York, NY 10017